**Electronically Filed
Supreme Court
SCWC-18-0000352
28-MAY-2021
11:06 AM
Dkt. 3 ODAC**

SCWC-18-0000352

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

PO,
Petitioner/Appellant-Appellant,

vs.

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI and JK,
Respondents/Appellees-Appellees.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000352; FC-AP NOS. 17-1-001 and 17-1-002)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Appellant-Appellant PO's application for

writ of certiorari, filed on April 20, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

